UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS BONILLA,<br><br>       Petitioner,<br>v.<br><br>WARDEN N.N.C.C., et al.,<br><br>       Respondents. | Case No. 3:14-cv-00063-MMD-VPC<br><br>ORDER |

  The Court directed petitioner either to pay the filing fee or to file an application to proceed *in forma pauperis*. (Dkt. no. 4.) Petitioner has not complied with the Court's order within the allotted time, and the Court will dismiss this action.

  Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

  It is therefore ordered that this action is dismissed without prejudice for plaintiff's failure to comply with the court's order (Dkt. no. 4.) The Clerk of the Court shall enter judgment accordingly.

  It is further ordered that no certificate of appealability shall issue.

  It is further ordered that the Clerk of Court shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

  It is further ordered that the Clerk of Court shall electronically serve upon respondents a copy of the this order. No response is necessary.

DATED THIS 21st day of April 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE